# Exhibit 2

# ARMAID1

